

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRY R. COCHRANE, #65796<br><br>     Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>     Defendants. | 3:11-cv-00092-LRH-RAM<br><br>**ORDER** |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On April 25, 2011, this court issued a Screening Ordering directing that plaintiff's First Amendment claim against defendant Swartwood would proceed, dismissing certain other defendants, and dismissing other claims with leave to amend (docket #3). Plaintiff was granted thirty (30) days from the date of that Order to file his amended complaint, if any. That order was served on plaintiff at his address of record.

More than the allotted time has elapsed, and plaintiff has not responded to this court's Order in any manner. Accordingly, this action shall proceed in accordance with the Screening Order dated April 25, 2011 (docket #3).

**IT IS THEREFORE ORDERED** that this action shall proceed in accordance with this court's Screening Order dated April 25, 2011 (docket #3).

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue summons for defendant Sgt. Swartwood, and deliver same, along with one copy of the complaint, to the U.S. Marshal for service. The Clerk shall send to plaintiff one (1) USM-285 form, one copy of the complaint and a copy of this order. Plaintiff shall have twenty (20) days in which to furnish to the U.S. Marshal the required Forms USM-285. Within twenty (20) days after receiving from the U.S. Marshal a copy of the Form USM-285 showing whether service has been accomplished, plaintiff must file a notice with the court identifying which defendants were served and which were not served, if any. If plaintiff wishes to have service again attempted on an unserved defendant(s), then a motion must be filed with the court identifying the unserved defendant(s) and specifying a more detailed name and/or address for said defendant(s), or whether some other manner of service should be attempted.

**IT IS FURTHER ORDERED** that henceforth, plaintiff shall serve upon defendants, or, if an appearance has been made by counsel, upon their attorney(s), a copy of every pleading, motion, or other document submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for defendants. If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein. The court may disregard any paper received by a district judge or a magistrate judge that has not been filed with the Clerk, and any paper which fails to include a certificate showing proper service.

DATED: June 22, 2011.

_____
UNITED STATES MAGISTRATE JUDGE