# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TERRY R. COCHRANE, | ) | 3:11-cv-00092-LRH (WGC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 20, 2012 |
| | ) | |
| LAS VEGAS METROPOLITAN | ) | |
| POLICE DEPARTMENT, *et. al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's motion titled "Motion to Expedit [sic] Motion Requesting a Court Order For a Extention [sic] of Legal Copy Work." (Doc. # 58.) In this motion, Plaintiff requests an extension of his copy work limit in the amount of $100. (*Id.*) Plaintiff points out that he was previously granted a $25.00 extension of the copy work limit in May, 2012, and his current balance is $7. (*Id.*)  He also expresses that he needs an increase in his copy work limit for a pending habeas matter. (*Id.*)  Finally, he asks that this motion be expedited so he may proceed with litigation. (*Id.*)

Plaintiff subsequently filed a motion titled "Emergency Motion to Expedit [sic] Second Request for a Court Order For extended Copywork and additional legal supplies." (Doc. # 66.) In this motion, Plaintiff renews his request for an extension of his copy work limit, and asks for additional legal supplies.

An inmate plaintiff does not have a right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991); *Sands v. Lewis*, 886 F.2d 1166, 1169 (9th Cir. 1989) ("numerous courts have rejected any constitutional right to free and unlimited photocopying").  Nevada Department of Corrections (NDOC) Administrative Regulation (AR) 722 governs copying of legal documents by inmates, and provides, "[c]opies of legal documents requested by inmates may be made for a nominal fee." AR 722.01(9), *available at* http://www.doc.nv.gov/?q=node/68. "Inmates can only accrue a maximum of $100 debt for copy work expenses for all cases, not per case." *Id.*

MINUTES
PAGE 2
3:11-cv-00092-LRH-WGC

_____

A court may order a prison to provide additional photocopying when the prisoner demonstrates that an increase is necessary for an inmate to provide copies to the court and other parties. *See, e.g., Allen v. Clark County Detention Center*, 2011 WL 886343, at * 2 (D. Nev. March 11, 2011).

Plaintiff asserts that he has $7.00 remaining on his copy work limit. The court observes that the balance is likely less at this time in light of Plaintiff's recent filings. Plaintiff claims that he needs the additional copies in order to challenge Defendants' opposition to Plaintiff's motion requesting that a summons be issued as to defendant Ostler. (Doc. # 66 at 2.) The court has concurrently issued an order granting Plaintiff's motion for leave to amend to identify defendant Ostler, and has included a provision for issuance of a summons as to Mr. Ostler; therefore, Plaintiff will no longer need to file a response to Defendants' opposition.

Plaintiff also asserts that he has "pretrial order motions that need copied [sic] before his motion for summary judgment is not excepted [sic]." (Doc. # 66 at 2.) From this description, the court cannot ascertain what additional documents Plaintiff needs to copy.

The court does appreciate that Plaintiff will have additional filings before this case is concluded; therefore, the court will **GRANT** Plaintiff's request for an extension of his copy work limit, but only in the amount of **$10.00**. This will provide Plaintiff the opportunity to make 100 additional copies, which should be more than sufficient. It is ordered that this copy work extension is to be utilized for **THIS CASE ONLY**. If Plaintiff needs an extension of his copy work limit with respect to his habeas case, he will have to seek appropriate relief from the court in which that action is pending.

With respect to his request for legal supplies, Plaintiff does not state what amount of additional legal supplies he needs in order to litigate *this* case. The court is not willing to enter a carte blanche order for additional legal supplies. Accordingly, this request is **DENIED WITHOUT PREJUDICE**. Plaintiff may file another motion seeking additional legal supplies provided that he specify exactly what additional legal supplies he needs to litigate *this* case.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By:__/s/_____
        Deputy Clerk