# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TERRY R. COCHRANE, | ) | 3:11-cv-00092-LRH-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| LAS VEGAS METROPOLITAN | ) | |
| POLICE DEPARTMENT, *et. al*. | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is Terry Cochrane's (Plaintiff) Motion for an Order Compelling Discovery. (Doc. # 52.) Las Vegas Metropolitan Police Department and Virgil L. Swartwood (Defendants) opposed. (Doc. # 53.) Plaintiff seeks to compel responses to interrogatories, requests for admission, and requests for production of documents. (Doc. # 52.)

Plaintiff failed to comply with Local Rule 26-7, which requires that a party filing a discovery motion file a statement certifying that efforts were made to meet and confer about the discovery dispute. LR 26-7(b). Plaintiff also failed to comply with Local Rule 26-7's requirement that the motion set forth in full the text of the discovery originally sought. LR 26-7 (a). Accordingly, Plaintiff's motion (Doc. # 52) is **DENIED WITHOUT PREJUDICE**.

///
///
///
///
///

Plaintiff may renew his motion, if necessary, after making a good faith effort to meet and confer with Defendants, and only if he attaches the relevant discovery documents.

**IT IS SO ORDERED**.

DATED: June 20, 2012

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE