# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TERRY R.  COCHRANE, | ) | 3:11-cv-00092-LRH (WGC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 20, 2012 |
| | ) | |
| LAS VEGAS METROPOLITAN | ) | |
| POLICE DEPARTMENT, *et. al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G.  COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE OGDEN</u>      REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's motion requesting that a summons be issued as to Chad Ostler (Doc. # 55), previously identified as a doe defendant.

The court has concurrently issued an order granting Plaintiff's motion to amend his complaint to reflect the true identity of the doe defendant as Chad Ostler, and has included in this order provisions regarding the issuance of a summons.  Accordingly, the instant motion (Doc. # 55) is **<u>DENIED AS MOOT</u>**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By:   <u>/s/</u>
Deputy Clerk