UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| TERRY R. COCHRANE, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00092-LRH-WGC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; *et al.*, | ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#126[1]) entered on January 30, 2013, recommending denying Plaintiff's Motion for Summary Judgment (#59) filed on June 6, 2012, and granting Defendants' Cross-Motion for Summary Judgment (#79) filed on June 28, 2012. Plaintiff filed his Objection to Magistrate Judges Report and Recommendation (#127) on February 14, 2013. Defendants filed their Response to Plaintiff's Objection to Magistrate Judges Report and Recommendation (#128) on March 4, 2013. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of the Defendants, the pleadings and memoranda of the parties and other

---

[1]Refers to court's docket number.

relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#126) entered on January 30, 2013, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#126) entered on January 30, 2013, is adopted and accepted, and Defendants' Cross-Motion for Summary Judgment (#79) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (#59) is DENIED.

IT IS SO ORDERED.

DATED this 29th day of March, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE